VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

The Supreme Court docket number is SC 17517.

*Kevin E. Creed*, in support of the petition.

Decided October 6, 2005

## STATE OF CONNECTICUT *v.* RICHARD SERRANO

The defendant's petition for certification for appeal from the Appellate Court, 91 Conn. App. 227 (AC 24328), is denied.

*Raymond L. Durelli*, special public defender, in support of the petition.

*Leon F. Dalbec, Jr.*, senior assistant state's attorney, in opposition.

Decided October 6, 2005

## STATE OF CONNECTICUT *v.* ANDRE PIERCE

The defendant's petition for certification for appeal from the Appellate Court, 62 Conn. App. 905 (AC 17787), is denied.

*Andre Pierce*, pro se, in support of the petition.

Decided October 17, 2005

## DAVIDSON D. WILLIAMS ET AL. *v.* BLACK ROCK YACHT CLUB, INC.

The plaintiffs' petition for certification for appeal from the Appellate Court, 90 Conn. App. 27 (AC 25150), is denied.